IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                      CASE NO. 1:89-cr-01018-MP

LAWRENCE EDWARD HILL,

     Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 1201, Motion to Continue Revocation of Supervised Release Hearing by Lawrence Edward Hill. The motion, which is unopposed, is granted and the hearing is hereby reset for March 10, 2006 at 9:30 a.m.

**DONE AND ORDERED** this  *7th*  day of February, 2006

                               *s/Maurice M. Paul*
                               Maurice M. Paul, Senior District Judge